19002

The STATE, Respondent, v. Vance Alexander CURLEY and James Pearson, Appellants.

(184 S. E. (2d) 80)

Messrs. Dusenbury & Dusenbury, of Florence for appellants.

Messrs. Daniel R. McLeod, Atty. Gen., and Emmett H. Clair and Robert H. Hood, Asst. Attys. Gen. of Columbia, and Solicitor T. Kenneth Summerford, of Florence, for respondent.

October 20, 1971.

## ORDER

PER CURIAM:

It having been determined by the Circuit Court, after an evidentiary hearing conforming with the judgment of this Court heretofore filed (253 S. C. 513, 171 S. E. (2d) 699), that the appellant, Pearson, after receiving the benefit of the procedural safeguards required by *Miranda v. Arizona,* 384 U. S. 436, 86 S. Ct. 1602, 16 L. Ed. (2d) 694, with respect to the evidence admitted against him, voluntarily and intelligently waived his privilege against self-incrimination, said appellant's conviction is, therefore, affirmed.